IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PANORAMIC STOCK IMAGES, LTD., d/b/a PANORAMIC IMAGES,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WILEY & SONS, INC.<br><br>Defendant. | CASE NO. 1:12-cv-10003<br><br>Hon. Judge Gary Feinerman<br>Magistrate Judge Daniel G. Martin |

## NOTICE OF MOTION

TO: Maurice J. Harmon, Esq.
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067

Christopher Seidman
Harmon & Seidman LLC
PO Box 3207
Grand Junction, CO 81502

E. Bryan Dunigan
The Law Offices of E. Bryan Dunigan
221 N. LaSalle St., Suite 1454
Chicago, IL 60601

PLEASE TAKE NOTICE that on **Tuesday**, **January 29, 2013**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable District Judge Gary Feinerman or any judge sitting in his stead in Courtroom 2125 of the United States District Court for the Northern District of Illinois, Eastern Division and then and there present

{00589335;v1}

the foregoing Defendant's Partial Motion to Dismiss, a copy of which is attached and hereby served upon you.

Dated: January 22, 2013

By:    /s *Christopher P. Beall*

       Christopher P. Beall
       Levine Sullivan Koch & Schulz, LLP
       321 West 44th Street, Suite 510
       New York, NY 10036
       (T): (212) 850-6100
       (F): (212) 850-6299
       cbeall@lskslaw.com

       William McGrath
       Davis McGrath LLC
       125 South Wacker Drive
       Chicago, Illinois 60606
       (T): (312) 332-3033
       (F): (312) 332-6376
       wmcgrath@davismcgrath.com

*Attorneys for John Wiley & Sons, Inc.*

## CERTIFICATE OF SERVICE

I, Christopher P. Beall, an attorney and counsel of record for Defendant The McGraw-Hill Companies, Inc., certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which will send automated notification of this filing to all parties of record on this date.

Dated: January 22, 2013 By: *s/ Christopher P. Beall*