IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Panoramic Stock Images, Ltd. | ) | |
|     Plaintiffs | ) | Case No:12 C 10003 |
| | ) | |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| John Wiley & Sons, Inc | ) | |
|     Defendant | ) | |
| | ) | |

### ORDER

Jury trial held and concluded. Enter jury verdict. Enter judgment order. Civil case closed.

(T 7:00)

Date: 11/24/2024

/s/ Gary Feinerman
United States District Court Judge