# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Panoramic Stock Images, Ltd.,

Plaintiff(s),

v.

John Wiley & Sons, Inc.,

Defendant(s).

Case No.  12 C 10003
Judge  Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of Plaintiff Panoramic Stock Images, Ltd., and against Defendant John Wiley & Sons, Inc., in the amount of $403,500.00.

---

This action was *(check one)*:

☒ tried by a jury with Judge Gary Feinerman presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date:  11/24/2014

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk